James Edmund Seykora, Esquire, Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

David Merchant, Federal Defenders of Montana, Billings, MT, for Defendant–Appellant.

Before: B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

MEMORANDUM **

Alfred Peterson appeals from the 13–month sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Peterson contends that the district court procedurally erred by failing to calculate the Guideline range. This contention is belied by the record.

Peterson also contends that the district court failed to consider the 18 U.S.C. § 3553(a) sentencing factors and failed to provide an adequate explanation of the sentence. Contrary to Peterson's contention, the record reflects that the district court considered the relevant § 3553(a) factors. *See* 18 U.S.C. § 3583(e); *see also United States v. Miqbel,* 444 F.3d 1173, 1181–82 (9th Cir.2006). In addition, the district court considered Peterson's health issues, and the context and record make clear the district court's reasoning. *See Rita v. United States,* 551 U.S. 338, 359, 127 S.Ct. 2456, 168 L.Ed.2d 203 (2007).

Moreover, in light of the totality of the circumstances and the factors applicable under 18 U.S.C. § 3583(e), the sentence is substantively reasonable. *See United States v. Carty,* 520 F.3d 984, 993 (9th Cir.2008) (en banc).

**AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Javier BELTRAN, a.k.a. Javier Munoz**
**Beltran, a.k.a. Javier Nuno Munoz,**
**a.k.a. Javier Munoz Nuno, Defen-**
**dant—Appellant.**

**No. 10–50010.**

United States Court of Appeals,
Ninth Circuit.

---

Submitted April 5, 2011.*

Filed April 11, 2011.

Michael J. Raphael, Esquire, Assistant U.S., Brett Alan Sagel, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Javier Beltran, Butner, NC, pro se.

Michael Tanaka, Deputy Federal Public Defender, Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

MEMORANDUM **

Javier Beltran appeals from his guilty-plea conviction and 51–month sentence for illegal reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Beltran's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. We have considered Beltran's pro se supplemental brief and the government's motion to dismiss.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

We deny the government's motion to dismiss.

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

In accordance with *United States v. Rivera–Sanchez,* 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to 8 U.S.C. § 1326(b)(2). *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir.2000) (remanding sua sponte to delete the reference to section 1326(b)).

**AFFIRMED; REMANDED to correct the judgment.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

